AARON KAUFMANN, SBN 148580
DAVID POGREL, SBN 203787
ELIZABETH GROPMAN, SBN 294156
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
akaufmann@leonardcarder.com
dpogrel@leonardcarder.com

EDWARD J. WYNNE, SBN 165819
Wynne Law Firm
Wood Island
80 E. Sir Francis Drake Blvd., Ste. 3-G
Larkspur, CA 94939
Telephone: (415) 461-6400
Facsimile: (415) 461-3900
ewynne@wynnelawfirm.com

Class Counsel

ADAM P. KOHSWEENEY, SBN 229983
SUSANNAH K. HOWARD, SBN 291326
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Fl.
San Francisco, CA 94111-3823
Telephone: (415) 984-8912
Facsimile: (415) 984-8701
akohsweeney@omm.com
showard@omm.com

Attorneys for Bank of America, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gina McLeod, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America, N.A. and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 3:16-cv-03294-EMC<br><br>**STIPULATION AND [~~PR~~OPOSED] ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE**<br><br>Complaint Filed: May 9, 2016 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Civil local Rule 7-11, Plaintiff Gina McLeod and defendant Bank of America, |
| 3 | N.A., hereby stipulate and agree as follows: |
| 4 | WHEREAS, on January 16, 2018 this matter was referred to a Magistrate Judge for a |
| 5 | settlement conference to be completed by April 16, 2018. A further Case Management Conference |
| 6 | was set for April 26, 2018. (ECF 41) |
| 7 | WHEREAS, on January 31, 2018, this matter was referred to Magistrate Judge Laporte for |
| 8 | the settlement conference. (ECF 43) |
| 9 | WHEREAS, Magistrate Judge Laporte has limited dates available for a settlement |
| 10 | conference and May 18, 2018 is the soonest date Magistrate Judge Laporte has available where |
| 11 | both parties are also available. |
| 12 | WHEREAS, Magistrate Judge Laporte is holding May 18, 2018 for the parties pending |
| 13 | approval from this Court. |
| 14 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the |
| 15 | respective Parties hereto, that, as the Court's schedule permits, the Court amend the case |
| 16 | management schedule to extend the time for the parties to complete their settlement conference to |
| 17 | a date after May 18, 2018 and that a further Case Management be continued to a date after May |
| 18 | 18, 2018. |
| 19 | IT IS SO STIPULATED |
| 20 | |
| 21 | DATED: February 27, 2018     WYNNE LAW FIRM |
| 22 | |
| 23 |                                           *s/ Edward J. Wynne*<br>By: Edward J. Wynne<br>*Attorneys for Plaintiff and the putative class* |
| 24 | DATED: February 27, 2018     O'MELVENY & MYERS LLP |
| 25 | |
| 26 | |
| 27 |                                           *s/ Adam P. KohSweeney*<br>By: Adam P. KohSweeney |
| 28 | *Attorneys for Defendant Bank of America, N.A.* |

## **ATTESTATION REGARDING E-SIGNATURES**

I hereby attest that I have obtained concurrence in the filing of this document from each signatory whose signature is indicated by a conformed signature (s/) within this e-filed document.

By: *s/ Edward J. Wynne*
Edward J. Wynne

| | |
|---|---|
| 1 | **[PRO~~POS~~ED] ORDER** |
| 2 | Pursuant to the Parties' Stipulation, it is hereby ORDERED that the deadline to complete |
| 3 | the Settlement Conference is extended until   5/18/18  . It is further ordered that the |
| 4 | Case Management Conference is continued to   5/31/18  . |
| 5 | IT IS SO ORDERED. |

HON

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT
CONFERENCE      CASE NO. 3:16-CV-03294-EMC