| | |
|---|---|
| APALLA U. CHOPRA, SBN 163207<br>achopra@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>ADAM P. KOHSWEENEY, SBN 229983<br>akohsweeney@omm.com<br>SUSANNAH K. HOWARD, SBN 291326<br>showard@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California, 94111-3823<br>Telephone: (415) 984-8912<br>Facsimile: (415) 984-8701<br><br>Attorneys for Defendant<br>Bank of America, N.A. | AARON KAUFMANN, SBN 148580<br>DAVID POGREL, SBN 203787<br>ELIZABETH GROPMAN, SBN 294156<br>Leonard Carder, LLP<br>1330 Broadway, Suite 1450<br>Oakland, CA 94612<br>Telephone: (510) 272-0169<br>Facsimile: (510) 272-0174<br>akaufmann@leonardcarder.com<br>dpogrel@leonardcarder.com<br><br>EDWARD J. WYNNE, SBN 165819<br>Wynne Law Firm<br>Wood Island<br>80 E. Sir Francis Drake Blvd., Ste. 3-G<br>Larkspur, CA 94939<br>Telephone: (415) 461-6400<br>Facsimile: (415) 461-3900<br>ewynne@wynnelawfirm.com<br><br>Attorneys for Plaintiff and the class |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| GINA MCLEOD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 3:16-cv-03294-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:    June 22, 2018<br>Time:    1:30 p.m.<br>Courtroom:  5, 17th Floor<br>Judge:   Hon. Edward M. Chen<br><br>Complaint Filed: May 9, 2016 |

| | |
|---|---|
| 1 | **<u>STIPULATION</u>** |
| 2 | Pursuant to Local Rule 7-12, Plaintiff Gina McLeod ("Plaintiff") and Defendant Bank of |
| 3 | America, N.A. ("Defendant"), hereby stipulate and agree as follows: |
| 4 | **WHEREAS**, on June 12, 2018, this Court reset the further Case Management Conference |
| 5 | scheduled for June 21, 2018, at 10:30 a.m. to June 22, 2018, at 1:30 p.m. (Dkt. 52); |
| 6 | **WHEREAS**, counsel for Defendant has a preexisting hearing in another case that requires |
| 7 | him to be in San Diego on June 22, 2018; |
| 8 | **WHEREAS**, Defendant has conferred with Plaintiff's counsel and determined that |
| 9 | counsel for both parties are available for a further Case Management Conference on June 28, |
| 10 | 2018; |
| 11 | **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the further |
| 12 | Case Management Conference currently set for June 22, 2018, at 1:30 p.m. be continued to June |
| 13 | 28, 2018, at 10:30 a.m., or as soon thereafter as the Court's schedule permits. Should the Court |
| 14 | continue the Case Management Conference to June 28, 2018, the parties request that Case |
| 15 | Management Statements be due by June 21, 2018. |
| 16 | IT IS SO STIPULATED. |

Dated: June 13, 2018　　　　O'MELVENY & MYERS LLP

By: /s/ *Adam P. KohSweeney*
　　　Adam P. KohSweeney
Attorneys for Defendant
Bank of America, N.A.


Dated: June 13, 2018　　　　WYNNE LAW FIRM

By: /s/ *Edward J. Wynne*
　　　Edward J. Wynne
Attorneys for Plaintiff and the putative class

**<u>ATTESTATION REGARDING E-SIGNATURES</u>**

I hereby attest that I have obtained concurrence in the filing of this document from each signatory whose signature is indicated by a conformed signature(s) within this e-filed document.

By: /s/ *Adam P. KohSweeney*
Adam P. KohSweeney

# [PR~~OPO~~SED] ORDER

Pursuant to the parties' stipulation, it is hereby ORDERED that the further Case Management Conference currently set for June 22, 2018, at 1:30 p.m. is continued to __June 28, 2018 at 10:30 a.m.__ It is furthered ordered that Case Management Statements be submitted no later than __June 21, 2018__.

IT IS SO ORDERED.

Dated: __6/14/18__          By: _____
                                    Honorable _____
                                    U.S. D_____

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]*